IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DANIEL BRADY WATSON**                                                                                    **PLAINTIFF**
**#16347**

v.                                    Case No. 4:23-cv-00466-KGB

**WHITE COUNTY SHERIFF'S DEPARTMENT,** *et al.*                          **DEFENDANTS**

### ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 7). Plaintiff Daniel Brady Watson has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Mr. Watson's amended and substituted complaint for lack of subject matter jurisdiction (Dkt. No. 6). The Court denies as moot Mr. Watson's motion for appointment of counsel (Dkt. No. 4).

It is so ordered this the 4th day of March, 2024.

_____
Kristine G. Baker
Chief United States District Judge