# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DANIEL BRADY WATSON**  **PLAINTIFF**
**#16347**

v.  Case No. 4:23-cv-00466-KGB

**WHITE COUNTY SHERIFF'S DEPARTMENT,** *et al.*  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Daniel Brady Watson's amended and substituted complaint is dismissed without prejudice (Dkt. No. 6). The relief sought is denied.

It is so ordered this the 4th day of March, 2024.

_____
Kristine G. Baker
United States District Judge